AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

UNITED STATES OF AMERICA
    Plaintiff,

VS.                                                                             Case Number 2:07CR20253-01-A

BRADLEY REEVES FORSYTHE
    Defendant.

**REDACTED JUDGMENT AND COMMITMENT ORDER
ON SUPERVISED RELEASE VIOLATION**
(For Offenses Committed On or After November 1, 1987)

    The defendant, Bradley Reeves Forsythe, was represented by Robert L. Parris, Esq.

    It appearing that the defendant, who was convicted on January 7, 2009, in the above styled cause and was placed on Supervised Release for a period of two (2) years and has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ten (10) months.**

    Furthermore, no additional supervised release shall be imposed.

    The defendant is remanded to the custody of the United States Marshal.

    Signed this the 14th day of February, 2013.


                                                            s/ S. Thomas Anderson
                                                            S. THOMAS ANDERSON
                                                            UNITED STATES DISTRICT JUDGE


Defendant's SS No.: xxx-xx-1527
Defendant's Date of Birth: xx/xx/1969
U.S. Marshal No.: 21776-076
Defendant's Mailing Address: Dyersburg, TN 38024