United States District Court
for the
Western District of Tennessee

United States of America

vs.

Bradley Reeves Forsythe
Defendant

Case Number 2:07CR20253

RECEIVED 13 NOV 20 PM 2:00 THOMAS M. GOULD CLERK, U.S. DISTRICT COURT W/D OF TN/MEMPHIS

# MOTION TO MODIFY/AMEND SENTENCE
pursuant to Federal Rules of Criminal Procedure Rule 35

Comes now defendant, Bradley Reeves Forsythe, filing Pro Se asking the United States District Court, honorable S. Thomas Anderson to grant this motion.

I was indicted and placed into custody on 10/15/2012, thereby violating the terms of my supervised release. A detainer was placed on me on 12/20/2012 and was taken into U.S. Marshal custody on 01/22/2013 [See Exhibit "A"]. On 02/14/2013 I was sentenced to a term of 10 months for my

supervised release violation [see Exhibit "B"]. On 2/27/2013 I was transported to Dyer County Jail to be adjudicated on the pending charges that violated my Supervised Release. On 4/09/2013 I entered a guilt plea for a term of 4 years at 30% to run concurrent with my Federal Sentence [see Exhibits C, D, E, F]. Both federal and state lawyers assured me that my time spent in Dyer County Jail, after having been placed in Federal custody, would still count towards my 10 month violation sentence. While there I opted to participate in intense therapy to help me cope with my father's homicide, my mother's suicide, and the abandonment of my wife. [See Exhibits G, H] I made parole on 11/13/2013. My 10 month violation began on 1/22/2013 and should complete on 11/22/2013. I have two sisters who live in Orlando, Florida and

with their help I plan to get a fresh start on life. [See Exhibit "I"] On 10/24/2013 I contacted the U.S. Marshal's Service and was informed that my time here was not counting towards my Federal Sentence. It is my prayers that you will review this matter and allow the time that I have served to go towards my 10 month Federal sentence. Thank You for your time in this matter, for I am at this Honorable Courts mercy.

    I, Bradley R. Forsythe, swear and/or affirm that all of the facts stated in this motion are true and correct to the best of my knowledge.

                                                                  *Bradley R. Forsythe*

Subscribed and sworn to before me in my presence, this 24th day of October, 2013. Betty Hicks, a Notary Public in and for the County of Dyer, State of Tennessee.

(Signature) Betty Hicks, Notary Public

My Commission expires 10-28-13